IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODERICK PARRISH**  **PLAINTIFF**
**ADC #143811**

v.  Case No. 4:23-cv-00525-KGB

**DARRIAN D. TRIMBLE,**
Sergeant, Tucker Unit, ADC  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Roderick Parrish's claims are dismissed without prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this the 2nd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge